**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                   December 28, 2006
Courtroom Deputy:  J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 05-cv-00663-RPM

STEVE STUMBO,                                          Eric G. Fischer

        Plaintiff,

v.

AMERISTEP CORPORATION,                         Marshall G. MacFarlane

        Defendant.

And

Civil Action No. 05-cv-00664-RPM

STEVE STUMBO,                                          Eric G. Fischer

        Plaintiff,

v.

EASTMAN OUTDOORS, INC.,                        Barbara L. Mandell

        Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Summary Judgment**

**9:56 a.m.       Court in session.**

Court's preliminary remarks.

Court states its understanding of issues after its review of filed pleadings.

10:03 a.m.     Argument by Mr. Mac Farlane [21].

10:10 a.m.     Argument by Ms. Mandell [22].

December 28, 2006
05-cv-00663-RPM and 05-cv-00664-RPM

10:18 a.m.      Argument by Mr. Fischer.

10:32 a.m.      Rebuttal argument by Mr. MacFarlane.

10:35 a.m.      Rebuttal argument by Ms. Mandell.

**ORDERED:      Defendant Ameristep Corporation's Motion for Summary Judgment, filed
                March 15, 2006 [21] (05-cv-663-RPM), is taken under advisement.**

**ORDERED:      Defendant Eastman Outdoors' Motion for Summary Judgment, filed March
                17, 2006 [22] (05-cv-664-RPM), is taken under advisement.**

**10:40 a.m.      Court in recess.**

Hearing concluded.  Total time: 44 min.