FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 01 2007

GREGORY C. L...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

STEVE STUMBO,

    Plaintiff,

v.                                                Civil Action No. 05-CV-0663-RPM

AMERISTEP CORPORATION,

    Defendant.

_____/

Erik G. Fischer
Walter A. Winslow
Fischer & Fischer, LLP
125 S. Howes Street, Suite 900
P. O. Box 506
Fort Collins, CO 80521
Attorneys for Plaintiff

Marshall G. MacFarlane
Young & Basile, P.C.
2001 Commonwealth Blvd., Suite 301
Ann Arbor, Michigan 48105
Attorneys for Defendant Ameristep Corporation

_____/

**STIPULATED ORDER AND DISMISSAL OF COUNTERCLAIMS OF DEFENDANT, AMERISTEP CORPORATION**

The counterclaims of the Defendant, Ameristep Corporation, are hereby dismissed, without prejudice, as moot in view of this Court's Order and Judgment of January 25, 2007.

It is so ordered.

Dated: March 1, 2007

HON. Richard P. Matsch
United States District Court Judge

1

## STIPULATION OF ENTRY

Entry of the above-captioned Order is hereby stipulated to.

Dated: February 12, 2007

Erik G. Fischer
FISCHER & FISCHER, LLC
Attorneys for Plaintiffs

Dated: February 5, 2007

Marshall G. MacFarlane (P27296)
YOUNG BASILE
Attorneys for Defendants